FILED'10 MAR 26 15:18USDC-ORP

Kathryn Tassinari, OSB # 80115
Brent Wells, OSB # 85403
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR  97401
(541) 686-1969
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SUSAN ELIZABETH BLOSS, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> vs. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 08-6230-HA <br><br> ORDER APPROVING PLAINTIFF'S <br> MOTION FOR ATTORNEY FEES <br> PURSUANT TO 42 U.S.C. §406(b) |

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having no objection, Order is hereby granted in the sum of $10,304.00 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b). The Commissioner shall deduct from $10,304.00 an

ORDER APPROVING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C.§406(b)
- 1

administrative assessment under 42 USC §406(d) and pay Plaintiff's counsel the balance. In addition, plaintiff's counsel shall refund the EAJA fee of $3,427.21 awarded herein to Plaintiff.

IT IS SO ORDERED this 26 day of March, 2010.

/s/
U.S. District Judge

PRESENTED BY:

s/ Kathryn Tassinari
Of Attorneys for Plaintiff

ORDER APPROVING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C.§406(b)
- 2